# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2011

141966

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BATES ASSOCIATES, L.L.C.,
          Plaintiff-Appellee,

v

132 ASSOCIATES, L.L.C.,
          Defendant-Appellee,

and

SAULT STE.
MARIE TRIBE OF CHIPPEWA INDIANS,
          Defendant-Appellant.

SC: 141966
COA: 288826
Wayne CC: 08-113819-CK

_____/

On order of the Court, the application for leave to appeal the September 14, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2011

_____

p0525

Clerk